IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KEVIN JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:24-cv-80–HEH |
| | ) |
| VIRGINIA DEPARTMENT OF CORRECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**
**(Resolving Motion to Expedite and Setting Hearing)**

THIS MATTER is before the Court on Plaintiff Kevin Johnson's ("Plaintiff") Motion for Expedited Briefing and Hearing on Plaintiff's Motion for Preliminary Injunction (the "Motion," ECF No. 60), filed on November 1, 2024. The Court held a conference call on November 6, 2024, to resolve the Motion and set a hearing on Plaintiff's Motion for Preliminary Injunction (ECF No. 58.)

Finding it appropriate to do so, Plaintiff's Motion is GRANTED IN PART. Defendants shall file their Response on or before Friday, November 8, 2024, and Plaintiff shall file his Reply on or before Wednesday, November 13, 2024. If disputes arise regarding requests for limited discovery, the parties shall expeditiously respond to such motions and the Court will schedule further conference calls to resolve the issues, if necessary. A hearing on Plaintiff's Motion for a Preliminary Injunction is set for November 19, 2024, to begin at 9:00 a.m. The parties are directed to file witness and exhibit lists three (3) days before the hearing.

The Clerk is directed to send a copy of the Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: Nov. 7, 2024
Richmond, Virginia