**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**KEVIN JOHNSON,**

    **Plaintiff,**

v.                                                                                    Civil Action No. 3:24cv00080-HEH

**VIRGINIA DEPARTMENT OF**
**CORRECTIONS,** *et al.***,**

    **Defendants.**

## EXHIBIT LIST

COME NOW Defendants Virginia Department of Corrections, Chadwick Dotson, A. David Robinson, Beth Cabell, Kemsy Bowles, Kevin McCoy, Matthew Blaha, Brooks Wallace, Officer Smith, Rick White, D. Trent, E. Creech, J. Monihan, and Johnny Hall, by counsel, and identify the following exhibits they intend to introduce into evidence for purposes of the evidentiary hearing scheduled for November 19-20, 2024:

    A.    Plaintiff Face Sheet

    B.    Plaintiff Sentence Summary

    C.    Plaintiff Disciplinary Action Report

    D.    Plaintiff Facility Bed History

    E.    March 2024 Agreement Between the Parties

    F.    ECF 68-15, Plaintiff Disciplinary Charges Since 02/01/2024

    G.    Plaintiff ICA Reports, Nottoway Correctional Center

    H.    Plaintiff Disciplinary Reports, Nottoway Correctional Center

    I.    Plaintiff ICA Reports, Sussex I State Prison

    J.    Plaintiff Disciplinary Reports, Sussex I State Prison

    K.    Plaintiff Incident Reports, Sussex I State Prison

L.  Investigative Report 230607 (SISP, July 2023)

M.  Photographs of Confiscated Knife

N.  Plaintiff Disciplinary Reports, ROSP (2023)

O.  Plaintiff ICA Reports, Greensville Correctional Center

P.  Plaintiff Disciplinary Reports, Greensville Correctional Center

Q.  Plaintiff Incident Reports, Greensville Correctional Center

R.  Investigative Report 240709 (Greensville, September 2024)

S.  Plaintiff ICA Reports, ROSP (2024)

T.  Plaintiff Disciplinary Reports, ROSP (2024)

U.  Memoranda Detailing Conditions of Confinement at ROSP (2024)

V.  VDOC Operating Procedure 730.5, *Mental Health and Wellness Services: Behavior Management*

W.  VDOC Operating Procedure 830.1, *Institution Classification Management*

X.  VDOC Operating Procedure 830.2, *Security Level Classification*

Y.  VDOC Operating Procedure 830.5, *Transfers, Institution Reassignments*

Z.  VDOC Operating Procedure 830.6, *Inmate Keep Separate Management*

AA.  VDOC Operating Procedure 841.1, *Restorative Housing Units*

BB.  VDOC Operating Procedure 861.1, *Inmate Discipline*

CC.  ECF No. 13-01, Affidavit of Dr. Targonski

DD.  ECF No. 13-02, Affidavit of Warden Bowles

EE.  ECF No. 13-03, Affidavit of Warden White

FF.  ECF No. 13-04, Affidavit of Assistant Warden Trent

GG.  ECF No. 13-05, Affidavit of Kyle Rosch

HH.  ECF No. 68-01, Roberts Declaration

II.  ECF No. 68-02, Dunlevy Declaration

JJ.  ECF No. 68-08, Kwizera Declaration

    KK.    ECF No. 68-09, Massingill Declaration

    LL.    ECF No. 68-11, Turner Declaration

    MM.    11/4/2024 Institutional Investigative Report (redacted)

    NN.    10/2/2024 Email from JB Hall (redacted)

    OO.    Plaintiff Keep Separate Notation (redacted)

    PP.    Incident Reports Detailing Weapons Recovered from ROSP Inmates, 10/30/2024

    QQ.    Disciplinary Offense Reports Related to Weapons Recovered from ROSP Inmates, 10/30/2024

In addition to the foregoing, Defendants respectfully request that this Court consider and mark as admitted the audio and video files that were submitted as exhibits to the Response in Opposition to Plaintiff's Motion for a Preliminary Injunction.  (ECF Nos. 68-06, 68-07, 68-10, 68-12, 68-13)

       The foregoing disclosures do not encompass materials that may be used solely for impeachment or rebuttal.  Defendants reserve the right to introduce any exhibit designated as a potential exhibit by the Plaintiff, and further reserve the right to amend the foregoing exhibit list if the need arises.

                                          Respectfully submitted,

                                          VIRGINIA DEPARTMENT OF CORRECTIONS, *et al.*, Defendants.

By:    /s/
        Margaret O'Shea, SAAG, VSB #66611
        D. Patricia Wallace, SAAG, VSB #92964
        Office of the Attorney General
        Criminal Justice & Public Safety Division
        202 North 9th Street
        Richmond, Virginia 23219
        804-225-2206 (Tel.) 786-4239 (Fax)
        Email:  moshea@oag.state.va.us
        Email: pwallace@oag.state.va.us
        *(Counsel for the Named Defendants)*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice to Plaintiff's counsel of record.

By:    /s/
       Margaret O'Shea, SAAG, VSB #66611
       Office of the Attorney General
       Criminal Justice & Public Safety Division
       202 North 9th Street
       Richmond, Virginia 23219
       804-225-2206 (Tel.) 786-4239 (Fax)
       Email:  moshea@oag.state.va.us