IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KEVIN JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>VIRGINIA DEPARTMENT OF CORRECTIONS, DIRECTOR CHADWICK S. DOTSON, in his official capacity; CHIEF OF CORRECTIONS OPERATIONS A. DAVID ROBINSON, in his official and individual capacities; BETH CABELL, in her official and individual capacities; WARDEN KEMSY BOWLES, in his official capacities; WARDEN KEVIN MCCOY, in his individual capacity; SGT. MATTHEW BLAHA, in his individual capacity; SGT. BROOKS WALLACE, in his individual capacity; OFFICER SMITH, in his individual capacity; WARDEN RICK WHITE, in his official and individual capacity; HEALTH SERVICES ADMINISTRATOR D. TRENT, in his official and individual capacity; SENIOR MENTAL HEALTH CLINICIAN E. CREECH, in his official and individual capacity; MENTAL HEALTH CLINICIAN J. MONIHAN, in his official and individual capacity; and CHIEF OF SECURITY MAJOR JOHNNY HALL, in his official and individual capacity,<br><br>    Defendants. | Civil Case No. 3:24-cv-00080<br>The Honorable Henry E. Hudson |

**PLAINTIFF'S MODIFIED EXHIBIT LIST**

  COMES NOW Plaintiff Kevin "Rashid" Johnson by counsel, and, pursuant to the Court's Order Resolving Motion to Expedite and Setting Hearing (ECF Dkt. No. 63), herein files his Modified Exhibit List.

1

The following are the exhibits that Plaintiff expects to present in his case-in-chief:

| Exhibit No. | Title of Document |
|---|---|
| 1 | Virginia Department of Corrections<br>Inmate Management and Programs Operating Procedure 861.1 Inmate Discipline |
| 2 | Virginia Department of Corrections<br>Inmate Management and Programs Operating Procedure 830.5 Transfers, Institution Reassignments |
| 3 | Agreement<br>ECF 59-1 |
| 4 | Lt. Massingill Bodycam Video Footage<br>68.13 Axon_Body_3_Video_2024-10-18_1719_X60AH139E.mp4 |
| 5 | Declaration of P. Wallace<br>ECF 68-5 |
| 6 | Disciplinary Hearing (Audio File)<br>ECF 68-6 (Placeholder for audio file) |
| 7 | Disciplinary Hearing (Audio File)<br>ECF 68-7 (Placeholder for audio file) |
| 8 | Declaration of M. Kwizera<br>ECF 68-8 |
| 9 | Declaration of Lt. J. Massingill<br>ECF 68-9 |
| 10 | Record of Johnson and Massingill Interaction (audio file)<br>ECF 68-10 (Placeholder for audio file) |
| 11 | Declaration of D. Turner<br>ECF 68-11 |
| 12 | Record of Johnson and Turner Interaction (audio file)<br>ECF 68-12 (Placeholder for audio file) |
| 13 | Record of Johnson and Massingill Interaction (audio file)<br>ECF 68-13 (Placeholder for audio file) |
| 14 | Affidavit of Antonio C. Robinson |

|    |                                                                                                                       |
|----|-----------------------------------------------------------------------------------------------------------------------|
|    | ECF 70-1                                                                                                              |
| 15 | Emergency Grievance<br>ECF 70-2                                                                                       |
| 16 | Summary of Charges from Greensville Disciplinary Hearing (a copy will be brought to Court by Mr. Johnson)             |
| 17 | Redacted Investigative File                                                                                           |
| 18 | Miriam Nesmith's notes from her September 11, 2024 telephone conversation with Patricia Wallace                       |

Respectfully submitted,

KEVIN RASHID JOHNSON,

By:  _____/s/ Mark J. Krudys_____
                Counsel

Mark J. Krudys (VSB# 30718)
Daniel Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone:   (804) 774-7950
Fax:        (804) 381-4458
Email:    mkrudys@krudys.com;
dzemel@krudys.com

*/s/ Miriam R. Nemeth*
Miriam R. Nemeth*
Samuel Weiss*
Rights Behind Bars
1800 M Street NW Front 1 #33821
Washington, D.C. 20033
miriam@rightsbehindbars.org
sam@rightsbehindbars.org

*Counsel for the Plaintiff*
**Admitted pro hac vice*

3

**Certificate of Service**

I hereby certify that on this 16th day of November 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

By: /s/ Mark J. Krudys
Counsel

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone:  (804) 774-7950
Fax:  (804) 381-4458
Email: mkrudys@krudys.com
*Counsel for Plaintiff*