# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| KEVIN JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>VIRGINIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>    Defendants. | Civil Case No. 3:24-cv-00080<br>The Honorable Henry E. Hudson |

## NOTICE OF SETTLEMENT

Plaintiff Kevin Johnson, by counsel, informs the Court that the parties have reached a settlement of all claims in the above-referenced matter. The fully executed Settlement Agreement and Release is attached hereto as **Exhibit 1**. The Plaintiff intends promptly to move for dismissal of all claims. The parties note that they have agreed that pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), this Court will explicitly reserve jurisdiction to enforce the terms of the parties' settlement.

Date: December 5, 2024

                Respectfully submitted,

                KEVIN JOHNSON,

                By:  /s/ Mark J. Krudys
                     Counsel
                Mark J. Krudys (VSB# 30718)
                Danny Zemel (VSB# 95073)
                THE KRUDYS LAW FIRM, PLC
                Truist Place
                919 E. Main Street, Suite 2020

Richmond, VA 23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
mkrudys@krudys.com; dzemel@krudys.com

*/s/ Miriam R. Nemeth*
Miriam R. Nemeth\*
Samuel Weiss\*
RIGHTS BEHIND BARS
416 Florida Avenue, NW #26152
Washington, D.C. 20001
miriam@rightsbehindbars.org
sam@rightsbehindbars.org

*Attorneys for the Plaintiff*

*\*Admitted pro hac vice*

**Certificate of Service**

I hereby certify that on this 5th day of December 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

By: */s/ Mark J. Krudys*
       Counsel

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com
*Counsel for Plaintiff*