# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

KEVIN JOHNSON,

        Plaintiff,

v.

VIRGINIA DEPARTMENT OF
CORRECTIONS, *et al.*,

        Defendants.

Civil Case No. 3:24-cv-00080
The Honorable Henry E. Hudson

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice, and that each party shall bear their own fees and costs. However, the parties have agreed that pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), this Court will explicitly reserve jurisdiction to enforce the terms of the parties' settlement.

Date:  December 5, 2024

Respectfully submitted,

KEVIN JOHNSON,

By:   /s/ Mark J. Krudys
             Counsel
Mark J. Krudys (VSB# 30718)
Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950

Fax:     (804) 381-4458
mkrudys@krudys.com; dzemel@krudys.com

*/s/ Miriam R. Nemeth*
Miriam R. Nemeth*
Samuel Weiss*
RIGHTS BEHIND BARS
416 Florida Avenue, NW #26152
Washington, D.C. 20001
miriam@rightsbehindbars.org
sam@rightsbehindbars.org

*Attorneys for the Plaintiff*

***Admitted pro hac vice**

AGREED:

/s/ Mark J. Krudys
Mark J. Krudys, Esq. (VSB# 30718)
Danny Zemel, Esq. (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Fax: (804) 381-4458
mkrudys@krudys.com; dzemel@krudys.com

*/s/ Miriam R. Nemeth*
Miriam R. Nemeth*
Samuel Weiss*
RIGHTS BEHIND BARS
416 Florida Avenue, NW #26152
Washington, D.C. 20001
miriam@rightsbehindbars.org
sam@rightsbehindbars.org

*Attorneys for the Plaintiff*

*/s/ Margaret A. O'Shea*
Margaret A. O'Shea, AAG
D. Patricia Wallace, AAG
Office of the Attorney General

2

202 North 9th Street
Richmond, Virginia 23219
804-786-2912 (Tel.) -4239 (Fax)
Email:  pwallace@oag.state.va.us
moshea@oag.state.va.us
*Counsel for the Defendants*

## Certificate of Service

I hereby certify that on this 5th day of December 2024, I will electronically file the

foregoing with the Clerk of the Court using the CM/ECF system, which will then send

notification of such filing (NEF) to all counsel of record.

By:   /s/  Mark J. Krudys
          Counsel

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone:  (804) 774-7950
Fax:  (804) 381-4458
Email:  mkrudys@krudys.com
*Counsel for Plaintiff*

3