Kevin Johnson
Perry Correctional Institution
430 Oaklawn Rd.
Pelzer, SC 29669

Clerk
U. S. District Court
701 East Broad St.
Richmond, VA 23219

RECEIVED
MAY 28 2025
PCI MAILROOM

LEGAL MAIL

U.S. MARSHALS INSPECTED

SCDC HAS NOT CENSORED THIS
ITEM, SCDC DOES NOT ASSUME
RESPONSIBILITY FOR IT S
WRITTEN CO NT ENT
S.C.D.C.