UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KEVIN JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> VIRGINIA DEPARTMENT OF CORRECTIONS, *et al.*, <br><br> Defendants. | Civil Case No. 3:24-cv-00080 |

**Notice**

In accordance with this Court's Order on June 4, 2025, the undersigned are filing this Notice that they do not represent the Plaintiff in this matter anymore.

Date: June 5, 2025

Respectfully submitted,

By: /s/ Mark J. Krudys

Mark J. Krudys (VSB# 30718)
Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
mkrudys@krudys.com; dzemel@krudys.com

*/s/ Samuel Weiss*
Samuel Weiss*
RIGHTS BEHIND BARS
1800 M Street N.W. FNT 1, #33821
Washington, D.C. 20033
sam@rightsbehindbars.org
*Admitted pro hac vice*

**Certificate of Service**

I hereby certify that on this 5th day of June 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

By: /s/ Mark J. Krudys

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com