To: Dorothy Patricia Wallace and Margaret O'Shea,
    Assistant Attorneys General, 202 N. 9th St.,
    Richmond, VA 23219

From: Kevin Johnson, No. 1007485, VDOC Centralized Mail
    Distribution Center, 3541 Woods Way, State
    Farm, VA 23160

Date: May 29, 2025

Re: <u>Kevin Johnson v. VDOC, et al.</u>
    Case No. 3:24-cv-00080-HEH

Ms. Wallace and Ms. O'Shea:

    You are aware of my various pending legal cases. While those challenging my continued unlawful confinement, which I should have been released from rather than placed in South Carolina custody, take priority, I am otherwise unable to pursue my other cases due to the ongoing denial of my access to and possession of my personal (and especially my legal) property which I was forced to leave in Virginia upon my unanticipated transfer to South Carolina on May 1, 2025. I did not willingly consent to this transfer nor the Settlement Agreement entered into on December 4, 2024 in the above-referenced case.

    In pursuit of enforcing it and/or setting it aside, in summary and/or plenary proceedings and otherwise exercising my rights to court access, I ask that my personal property be made immediately available to me as well as all exchanges between your office, Virginia and South Carolina officials concerning and related to my transfer to South Carolina, and my treatment, conditions and legal status here. I've sent a discovery request. Please honor it. This is my effort to resolve these issues without court involvement.

    Sincerely,

    [signature]

(Exhibit B)