Kevin Johnson #307329
Perry Correctional Institution
430 Oaklawn Rd.
Pelzer, SC 29669

GREENVILLE SC 296
20 JUN 2025 PM 2

ZIP 29669 $ 000.97
02 4W
0000378425 JUN 18 2025

U.S. MARSHALS INSPECTED

RECEIVED
JUN 18 2025
PCI MAILROOM

Clerk
U.S. District Court
701 E. Broad St.
Richmond, VA 23219

LEGAL MAIL

23219-352899



Stamp: SCDC HAS NOT CENSORED THIS ITEM, SCDC DOES NOT ASSUME RESPONSIBILITY FOR ITS WRITTEN CONTENT S.C.D.C.