IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KEVIN JOHNSON,                                                                   Plaintiff,

v.                    Case No. 3:24-cv-00080 (HEH)

VIRGINIA DEPARTMENT OF CORRECTIONS, et al.,         Defendants.

REQUEST FOR HABEAS CORPUS AD TESTIFICANDUM

Plaintiff pro se hereby moves, pursuant to 28 U.S.C. §§ 1651 and 2241(a)(c)(5) for a writ of habeas corpus ad testificandum to have him brought before this court because:

1. Plaintiff has moved for a hearing on the matter of the Settlement Agreement entered in this case on December 4, 2024 being invalid because he did not authorize his attorneys of record to submit it to the court and he signed it under duress, which in addition to matter incorporated therein, requires a hearing. See ~~enclosed~~ Plaintiff's Added and Amended Grounds in Support of Motion for hearing, filed herewith (hereinafter "AAGS").

2. Plaintiff needs to be brought before this court to testify in this matter and prosecute his issues pro se.

THEREFORE, this court should issue a writ of habeas corpus ad testificandum for him to appear, prosecute pro se, and give testimony on his AAGS at the hearing thereof.

Respectfully submitted,

_____
Plaintiff pro se

Reply to: Kevin Johnson, No. 397279, Perry Corr. Inst., 430 Oaklawn Rd., Pelzer, SC 29669

CERTIFICATE

I hereby certify under penalty of perjury that I did send a true copy of the foregoing Plaintiff's Added and Amended Grounds in Support of Motion for Hearing, and Request for Habeas Corpus <u>Ad Testificandum</u> by placing these documents into care of custodial officials for mailing postage prepaid on this 9th day of July 2025 to Clerk, U.S. District Court, 701 E. Broad St., Richmond, VA 23219, and notice to counsels.

_____
Plaintiff pro se