Kevin Johnson No. 392779
Perry Correctional Institution
430 Oaklawn Rd.
Pelzer, SC 29669

GREENVILLE SC 296
12 JUL 2025 AM 2 L

ZIP 29669 $000.69
02 4W
0000378425 JUL 10 2025

Clerk
U.S. District Court
701 E. Broad St.
Richmond, VA 23219

U.S. MARSHALS INSPECTED

RECEIVED
JUL 10 2025
PCI MAILROOM
LEGAL MAIL

23219-352899



SCDC HAS NOT CENSORED THIS ITEM, SCDC DOES NOT ASSUME RESPONSIBILITY FOR ITS WRITTEN CONTENT
S.C.D.C.