Kevin Johnson, No. 397279
Perry Correctional Institution
430 Oaklawn Rd.
Pelzer, SC 29669

Clerk
U.S. District Court
701 East Broad St.
Richmond, VA 23219

US POSTAGE PITNEY BOWES
ZIP 29669 $001.32
0000378425 JUL 28 2025

U.S. MARSHALS INSPECTED

RECEIVED
JUL 28 2025
FCI MAILROOM

LEGAL MAIL

SCDC HAS NOT CENSORED THIS ITEM. SCDC DOES NOT ASSUME RESPONSIBILITY FOR ITS WRITTEN CONTENT. S.C.D.C.