IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KEVIN JOHNSON,                                              Plaintiff,
v.           Case No. 3:24-cv-00080-HEH
VIRGINIA DEPARTMENT OF CORRECTIONS, et al.,                 Defendants.

NOTICE OF WITHDRAWAL OF PLAINTIFF'S ADDED AND AMENDED GROUNDS IN SUPPORT OF MOTION FOR HEARING

Plaintiff pro se hereby withdraws his Added and Amended Grounds in Support of Motion for Hearing which he mailed to this Court on July 9, 2025 and his Request for Habeas Corpus Ad Testificandum submitted therewith. In withdrawing said "Plaintiff's Added and Amended Grounds in Support of Motion for Hearing" and "Request for Habeas Corpus Ad Testificandum," plaintiff reinstates his Motion and Request for Emergency Hearing on Defendants' Breach of Settlement Agreement" which he supplements with his "Supplemental Motion to Enforce Settlement Agreement" filed herewith.

Respectfully submitted,

_____
Plaintiff pro se

Reply to: Kevin Johnson, No. 397279
Perry Correctional Institution
430 Oaklawn Rd.
Pelzer, SC 29669