Kevin Johnson, No. 397279
Perry Correctional Institution
430 Oaklawn Rd.
Pelzer, SC 29669

LEGAL MAIL

Clerk
U.S. District Court
701 East Broad St.
Richmond, VA 23219

U.S. MARSHALS INSPECTED

US POSTAGE PITNEY BOWES
ZIP 29669
02 4W
$001.32
0000378425 JUL 28 2025

RECEIVED
JUL 28 2025
FCI MAILROOM

ITEM HAS NOT CENSORED THIS ITEM. SCDC DOES NOT ASSUME RESPONSIBILITY FOR ITS WRITTEN CONTENTS.
S.C.D.C.