Kevin Johnson, No. 397279
Perry Correctional Institution
430 Oaklawn Rd.
Pelzer, SC 29669

Clerk
U.S. District Court
701 East Broad St.
Richmond, VA 23219

LEGAL MAIL

U.S. MARSHALS INSPECTED

RECEIVED
JUL 28 2025
FCI MAILROOM

ITEM HAS NOT CENSORED THIS ITEM. SCDC DOES NOT ASSUME RESPONSIBILITY FOR ITS WRITTEN CONTENT S.C.D.C.