IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| KEVIN JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:24cv00080-HEH |
| VIRGINIA DEPARTMENT OF CORRECTIONS, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the motion of Defendants Blaha, Bowles, Cabell, Creech, Dotson, Hall, McCoy, Monihan, Robinson, Smith, Trent, the Virginia Department of Corrections, Wallace, and White for an extension of time to respond to motions or discovery that Plaintiff may hereafter serve. The Court finds good cause for granting the motion.

After review of the record, it is hereby **ORDERED** that the motion is **GRANTED**; Defendants shall have an extension of time until 30 days after the Court determines whether it has jurisdiction over this case to respond to any motions or discovery that Plaintiff may hereafter serve unless otherwise ordered by Court; the clerk is **DIRECTED** to send a copy of this order to *pro se* Plaintiff.

**ENTERED:**

_____
UNITED STATES MAGISTRATE JUDGE