IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KEVIN JOHNSON, )
)
    Plaintiff, )
)
v. ) Case No. 3:24-cv-80–HEH
)
VIRGINIA DEPARTMENT OF )
CORRECTIONS, *et al.*, )
)
    Defendants. )

**ORDER**
**(Referring Motions to Magistrate Judge)**

This matter is before the Court on its own initiative. Plaintiff Kevin Johnson ("Plaintiff") filed a *pro se* "Motion and Request for Emergency Hearing on Defendants' Breach of Settlement Agreement" (ECF No. 98), on June 2, 2025. The case was previously referred to United States Magistrate Judge Mark R. Colombell for settlement, and a settlement was reached by the parties. The case was dismissed on December 20, 2024, and the Court retained jurisdiction to enforce the terms of the settlement agreement. Plaintiff now moves to enforce the settlement.

To expedite this matter, the Court HEREBY REFERS Plaintiff's Motion and all subsequently filed Motions regarding enforcing the settlement agreement to Magistrate Judge Colombell for disposition.

The Clerk is directed to send a copy of this Order to Magistrate Judge Colombell, counsel of record, and to *pro se* Plaintiff.

It is so ORDERED.

                                                   /s/
                                        Henry E. Hudson
                                        Senior United States District Judge

Date: Sept. 15, 2025
Richmond, Virginia