IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KEVIN JOHNSON,

        Plaintiff,

v.                                                                                 CASE NO. 3:24CV00080

VIRGINIA DEPARTMENT OF CORRECTIONS, *et al.*,

        Defendants.

## MOTION TO WITHDRAW

Margaret Hoehl O'Shea, undersigned counsel, respectfully moves this honorable Court to allow her to withdraw as counsel for Defendants Blaha, Bowles, Cabell, Creech, Dotson, Hall, McCoy, Monihan, Robinson, Smith, Trent, VDOC, Wallace, and White. Ms. O'Shea is leaving employment with the Office of the Attorney General, effective December 10, 2025. Dorothy Wallace of the Office of the Attorney General will remain as counsel for Defendants in the above-captioned case.  Good cause exists for this request, and this request will not affect the continuation of the defense of these named Defendants.

                                                     Respectfully submitted,

                                                     BLAHA, et al., Defendants.

By:       /s/
        Margaret Hoehl O'Shea, VSB #66611
        Senior Assistant Attorney General
        Office of the Attorney General
        Criminal Justice & Public Safety Division
        202 North 9th Street
        Richmond, Virginia 23219
        (804) 786-0030
        (804) 225-2206
        Email:  moshea@oag.state.va.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of December, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all filing users, and I also hereby certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participant: N/A

s/ Margaret O'Shea<br>
Margaret Hoehl O'Shea, VSB #66611<br>
Senior Assistant Attorney General