IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KEVIN JOHNSON,

    Plaintiff,

v.                                          CASE NO. 3:24CV00080

VIRGINIA DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

## ORDER

Upon consideration of Margaret Hoehl O'Shea Motion to Withdraw, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. The Clerk is **DIRECTED** to terminate Senior Assistant Attorney General Margaret Hoehl O'Shea as Counsel of Record in this case.

                                      Enter:       /       /2025

                                      _____  _____
                                      The Honorable Mark R. Colombell
                                      United State Magistrate Judge