IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KEVIN JOHNSON,
    Plaintiff,

v.                                                  Civil Action No. 3:24-cv-00080 (HEH)

VIRGINIA DEPARTMENT
OF CORRECTIONS, *et al.*,
    Defendants.

**ORDER**
**(Granting Motion to Withdraw)**

This matter comes before the Court on Margaret Hoehl O'Shea's Motion to Withdraw as counsel for Defendants Blaha, Bowles, Cabell, Creech, Dotson, Hall, McCoy, Monihan, Robinson, Smith, Trent, VDOC, Wallace, and White. (ECF No. 116, the "Motion to Withdraw.") In the Motion to Withdraw, counsel represents that "Ms. O'Shea is leaving employment with the Office of the Attorney General, effective December 10, 2025" and that Dorothy Wallace of the Office of the Attorney General will remain as counsel for Defendants in this matter. *Id.* Finding good cause, the Court **GRANTS** the Motion to Withdraw (ECF No. 116) and directs the Clerk to terminate Ms. O'Shea as counsel for Defendants in this matter.

It is SO ORDERED.

                                                            /s/ MRC
                                                    Mark R. Colombell
                                                    United States Magistrate Judge

Richmond, Virginia
Date: December 11, 2025