**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

KEVIN JOHNSON,
    Plaintiff,

v.                                        Civil Action No. 3:24-cv-00080 (HEH)

VIRGINIA DEPARTMENT
OF CORRECTIONS, *et al.*,
    Defendants.

**ORDER**
**(Denying Plaintiff's Motions)**

This matter was referred to the undersigned to resolve Plaintiff's Motion for Hearing and Request for Emergency Hearing on Defendant's Breach of Settlement Agreement (ECF No. 98); Motion to Compel (ECF No. 102); Motion for Contempt (ECF No. 107); and Supplemental Motion to Enforce Settlement Agreement (ECF No. 108) (collectively, "Plaintiff's Motions"). For the reasons explained in the accompanying Memorandum Opinion, the Court hereby DENIES Plaintiff's Motions without prejudice.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record, Plaintiff at his current place of incarceration, and to Senior United States District Judge Henry E. Hudson.

It is so ORDERED.

                                                    /s/ Mark R. Colombell
                                                    Mark R. Colombell
                                                    United States Magistrate Judge

Richmond, Virginia
Date: February 9, 2026